JS 45  (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**        **Category No.**  II _____        **Investigating Agency**  DOT-OIG _____

**City**   Framingham _____        **Related Case Information:**

**County**   Middlesex _____

Superseding Ind./ Inf. _____  Case No. _____
Same Defendant _____  New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number   20-2373-MBB _____
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name   DANIEL J. GRIFFIN _____        Juvenile:   ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:   ☐ Yes  ☑ No

Alias Name   _____

Address   (City & State)  Belmont, MA _____

Birth date (Yr only): 1963   SSN (last4#): 1020   Sex M   Race: White   Nationality: U.S

**Defense Counsel if known:**   **Kristen Schuler Scammon, Esq**   Address  Torres, Scammon, Hincks & Day, LLP

**Bar Number**   _____        35 India Street, Boston MA

**U.S. Attorney Information:**

**AUSA**   Dustin Chao _____        Bar Number if applicable   _____

**Interpreter:**   ☐ Yes  ☑ No        List language and/or dialect:   _____

**Victims:**   ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

**Matter to be SEALED:**   ☑ Yes  ☐ No

☑ Warrant Requested        ☐ Regular Process        ☐ In Custody

**Location Status:**

**Arrest Date**   _____

☐ Already in Federal Custody as of _____ in _____ .
☐ Already in State Custody at ——————————— ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint        ☐ Information        ☑ Indictment

**Total # of Counts:**   ☐ Petty ——————   ☐ Misdemeanor ——————   ☑ Felony   21 _____

Continue on Page 2 for Entry of U.S.C. Citations

☑ **I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.**

Date:   12/10/2020        Signature of AUSA:   *s/ Dustin Chao*

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**      Daniel J. Griffin _____

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____ | 18 U.S.C. 1343 (Wire Fraud) | 3-6, 7-10 |
| Set 2 _____ | 18 U.S.C. 666 (Federal Program Theft) | 2 |
| Set 3 _____ | 26 U.S.C. 7206(2) (False Tax Returns) | 11-21 |
| Set 4 _____ | 18 U.S.C. 371 (Conspiracy) | 1 |
| Set 5 _____ | _____ | _____ |
| Set 6 _____ | _____ | _____ |
| Set 7 _____ | _____ | _____ |
| Set 8 _____ | _____ | _____ |
| Set 9 _____ | _____ | _____ |
| Set 10 _____ | _____ | _____ |
| Set 11 _____ | _____ | _____ |
| Set 12 _____ | _____ | _____ |
| Set 13 _____ | _____ | _____ |
| Set 14 _____ | _____ | _____ |
| Set 15 _____ | _____ | _____ |

**ADDITIONAL INFORMATION:** _____

_____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf  3/4/2013