JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

| **Criminal Case Cover Sheet** | **U.S. District Court - District of Massachusetts** |
|---|---|

**Place of Offense:**   **Category No.** II   **Investigating Agency** DOT-OIG

**City** Framingham   **Related Case Information:**

**County** Middlesex

Superseding Ind./ Inf. _____   Case No. _____
Same Defendant _____   New Defendant _____
Magistrate Judge Case Number _____
Search Warrant Case Number  20-2373-MBB
R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  WILLIAM W. ROBERTSON   Juvenile:  ☐ Yes  ☑ No

Is this person an attorney and/or a member of any state/federal bar:  ☐ Yes  ☑ No

Alias Name _____

Address   (City & State)  Westborough, MA

Birth date (Yr only): 1962   SSN (last4#): 6218   Sex M   Race: White   Nationality: U.S

Defense Counsel if known:   Stanley Norkunas, Esq.   Address  11 Kearney Square # 202

Bar Number _____   Lowell MA 01852

**U.S. Attorney Information:**

AUSA  Dustin Chao   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☑ No   List language and/or dialect: _____

Victims:  ☑ Yes  ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2)   ☑ Yes  ☐ No

Matter to be SEALED:  ☑ Yes  ☐ No

☑ Warrant Requested   ☐ Regular Process   ☐ In Custody

**Location Status:**

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____ ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☑ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☑ Felony  21

Continue on Page 2 for Entry of U.S.C. Citations

☑  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  12/10/2020   Signature of AUSA:   s/ Dustin Chao

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   William W. Robertson

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1 _____ | 18 U.S.C. 1343 (Wire Fraud) | 3-6 |
| Set 2 _____ | 18 U.S.C. 666 (Federal Program Theft) | 2 |
| Set 3 _____ | 18 U.S.C. 371 (Conspiracy) | 1 |
| Set 4 _____ | | |
| Set 5 _____ | | |
| Set 6 _____ | | |
| Set 7 _____ | | |
| Set 8 _____ | | |
| Set 9 _____ | | |
| Set 10 _____ | | |
| Set 11 _____ | | |
| Set 12 _____ | | |
| Set 13 _____ | | |
| Set 14 _____ | | |
| Set 15 _____ | | |

**ADDITIONAL INFORMATION:** _____

_____

_____

USAMA *CRIM* - Criminal Case Cover Sheet.pdf   3/4/2013