# UNITED STATES DISTRICT COURT
## for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>DANIEL J. GRIFFIN<br><br><br><br>Defendant | ) ) ) ) ) ) ) | Case No. 20cr10319 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* DANIEL J. GRIFFIN,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

Title 18 U.S.C. 1343 - Wire Fraud
Title 18 U.S.C. 666 - Federal Program Fraud
Title 18 U.S.C. 371 - Conspiracy
Title 26 U.S.C. 7206 - False Tax Returns

Date: 12/10/2020

*Issuing officer's signature*

City and state: Worcester, Massachusetts

USMJ David H. Hennessy
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____

*Arresting officer's signature*

*Printed name and title*