<u>United States of America v. Daniel J. Griffin and William W. Robertson</u>
Case No. 20-cr-10319-MRG

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>DANIEL J. GRIFFIN and )<br>WILLIAM W. ROBERTSON ) | Docket No. 20-cr-10319-MRG |

**<u>VERDICT FORM AS TO MR. GRIFFIN</u>**

OFFICIAL COPY

<u>United States of America v. Daniel J. Griffin and William W. Robertson</u>
Case No. 20-cr-10319-MRG

## COUNT ONE

As to **Count One**, Conspiracy to Commit Theft Concerning a Program Receiving Federal Funds, during sometime between January 2015 and April 2018:

<u>We, the Jury, find the Defendant, Mr. Griffin:</u>

❏ Not Guilty

☒ Guilty

***

SO SAY WE ALL, THIS 12 DAY OF DECEMBER, 2023

Foreperson: _[signature]_

United States of America v. Daniel J. Griffin and William W. Robertson
Case No. 20-cr-10319-MRG

## COUNT TWO

As to **Count Two**, Theft Concerning a Program Receiving Federal Funds and/or Aiding and Abetting the Same during any one-year period between January 1, 2016, and December 31, 2017.

We, the Jury, find the Defendant, Mr. Griffin:

☐ Not Guilty

☒ Guilty

\*\*\*

SO SAY WE ALL, THIS 12 DAY OF DECEMBER, 2023

Foreperson: [signature]

<u>United States of America v. Daniel J. Griffin and William W. Robertson</u>
Case No. 20-cr-10319-MRG

## COUNT THREE

As to **Count Three**, Wire Fraud and Aiding and/or Abetting the Same on or about May 6, 2016:

<u>We, the Jury, find the Defendant, Mr. Griffin:</u>

❏ Not Guilty

☒ Guilty

***

SO SAY WE ALL, THIS 12 DAY OF DECEMBER, 2023

Foreperson: [signature]

<u>United States of America v. Daniel J. Griffin and William W. Robertson</u>
Case No. 20-cr-10319-MRG

## COUNT FOUR

As to **Count Four**, Wire Fraud and/or Aiding and Abetting the Same on or about August 25, 2017:

<u>We, the Jury, find the Defendant, Mr. Griffin:</u>

☐ Not Guilty

☒ Guilty

***

SO SAY WE ALL, THIS _12_ DAY OF _DECEMBER_, 20_23_

Foreperson: _[signature]_

<u>United States of America v. Daniel J. Griffin and William W. Robertson</u>
Case No. 20-cr-10319-MRG

## COUNT FIVE

As to **Count Five**, Wire Fraud and/or Aiding and Abetting the Same on or about May 6, 2016:

<u>We, the Jury, find the Defendant, Mr. Griffin:</u>

☐ Not Guilty

☒ Guilty

\*\*\*

SO SAY WE ALL, THIS 12 DAY OF DECEMBER, 2023

Foreperson [signature]

United States of America v. Daniel J. Griffin and William W. Robertson
Case No. 20-cr-10319-MRG

## COUNT SIX

As to **Count Six**, Wire Fraud and/or Aiding and Abetting the Same on or about August 25, 2017:

We, the Jury, find the Defendant, Mr. Griffin:

☐ Not Guilty

☒ Guilty

***

SO SAY WE ALL, THIS 12 DAY OF DECEMBER, 2023

Foreperson: [signature]

PAGE 30: WE ARE STUCK

Please clarify counts 3 & 4, for Robertson, and what must be proven regarding the fourth element of proof on top of page 30.

Thanks,

*[signature]*

*[signature]*
12/12/23
9:50am

We have reached a unanimous verdict.

Dan Azzarit

*[signature]*

*[initials]*
12/12/23
11:30PM

*[initial D]*